U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 08 2005

**FILED**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Miner

v.  Case No. 05-cv-75-PB

Hillsborough Department of Corrections, et al

## ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 6, 2005, no objection having been filed.

SO ORDERED.

July 8, 2005

Paul Barbadoro
United States District Judge

cc:  Stephen Miner, Pro se